## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATE OF AMERICA, | : | |
| Plaintiff, | : | No. 18-cr-0144-JMY |
| | : | |
| vs. | : | |
| | : | |
| BELOR MBEMBA MAPUDI NGOMA, | : | |
| Defendant. | : | |

## ORDER

AND NOW, this 28th day of March, 2023, upon consideration of the *Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255* (ECF No. 82) and the *Amended Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255* (ECF No. 93) filed by Defendant Belor Mbemba Mapudi Ngoma, and all papers filed in support thereof and in opposition thereto, it is hereby ORDERED that Defendant's Motions are DENIED for the reasons set forth in the accompanying Memorandum entered by the Court along with this Order.

IT IS SO ORDERED.

BY THE COURT:

/s/ John Milton Younge
Judge John Milton Younge