IN THE UNITED STATES DISTRICT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES : | |
| : | No. 18-cr-144-JMY-1 |
| vs. : | |
| : | |
| BELOR MBEMBA MAPUDI NGOMA : | |

**ORDER**

AND NOW, this 15th, day of December, 2023, upon consideration of the *(Pro Se) Motion for Return of Seized Property* (ECF No. 106) filed by Defendant, Belor Mbemba Mapudi Ngoma, and all papers filed in support thereof and in opposition thereto, it is hereby ORDERED that said Motion shall be DENIED.

BY THE COURT:

  /s/ John Milton Younge
Judge John Milton Younge